**FIRST AMERICAN INSURANCE COMPANY, Appellant,**

v.

**John P. O'CONNOR, Appellee.**

No. 24782.

United States Court of Appeals
Fifth Circuit.

April 18, 1968.

Alvin N. Weinstein, Joe N. Unger, Weinstein & Weissenborn, Miami, Fla., for appellant.

G. A. Haddad, Edward G. Rubinoff, Preddy, Haddad & Kutner, Miami, Fla., for appellee.

Before TUTTLE and GOLDBERG, Circuit Judges, and HOOPER, District Judge.

PER CURIAM:

This judgment, based upon a foreign judgment of the Circuit Court of Cook County, Illinois, is affirmed. See Midessa Television Co. v. Motion Pictures for Television, 5th Cir., 290 F.2d 203, (1961).